# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARENA T. KELLY,** | : |
| **Plaintiff** | : |
| | : **CIVIL ACTION NO. 3:11-1501** |
| v. | : |
| | **(JUDGE MANNION)** |
| **HORIZON MEDICAL CORPORATION and STEVEN JADITZ, M.D.,** | : |
| | : |
| **Defendants** | : |

## O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' motion for summary judgment, **(Doc. 27)**, is **GRANTED**; and

**(2)** the Clerk of Court is directed to enter judgment against the plaintiff and in favor of the defendants.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 31, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-1501-01-ORDER.wpd